**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,**<br><br>                       Plaintiff,<br>v.<br><br>**ORACLE CORPORATION,**<br><br>                       Defendant. | Case No. 2:12-cv-117<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION TO DISMISS WITH
PREJUDICE, PURSUANT TO SETTLEMENT**

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff NovelPoint Security LLC ("NovelPoint") hereby moves to dismiss with prejudice NovelPoint's claims against Defendant Oracle Corporation in this case, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 14, 2012                                  Respectfully submitted,

                                                                       /s/ Craig Tadlock
                                                                      Craig Tadlock
                                                                      State Bar No. 00791766
                                                                      Keith Smiley
                                                                      State Bar No. 24067869
                                                                      TADLOCK LAW FIRM PLLC
                                                                      2701 Dallas Parkway, Suite 360
                                                                      Plano, Texas 75093
                                                                      214-785-6014
                                                                      craig@tadlocklawfirm.com
                                                                      keith@tadlocklawfirm.com

                                                                      *Attorneys for Plaintiff NovelPoint Security LLC*

## CERTIFICATE OF CONFERENCE

  I hereby certify that on June 13, 2012, I conferred by email with in-house counsel for Defendant Oracle Corporation, Deborah Miller, Oracle Corporation, 500 Oracle Parkway MS5op764, Redwood Shores, CA 94065, phone 650-506-5200.  Counsel for Oracle and I agreed to the form and substance of this motion and all relief requested therein.  Accordingly, this motion is an agreed motion.

              /s/ Craig Tadlock
              Craig Tadlock

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on this the 14th day of June, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

              /s/ Craig Tadlock
              Craig Tadlock